# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joe Hand Promotions, Inc. <br> *Plaintiff* <br> v. <br> Orion Entertainment, LLC, d/b/a Orions Bar & Grill; <br> John A. Awadalla, <br> *Defendant* | ) ) ) ) ) ) Civil Action No.    6:18-cv-00261-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Joe Hand Promotions, Inc.,recover from the defendants, Orion Entertainment, LLC and John A. Awadalla, the amount of Twenty Thousand dollars and 0/100 ($20,000.00), plus $5000.00 in statutory damages, plus postjudgment interest at the rate of 2.70%, in addition to $1500.00 in attorney's fees, and $500.00 in Court costs.

This action was *(check one)*:

■ decided by the Honorable Donald C Coggins, Jr.

Date:    December 6, 2018                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Ashley Buckingham
                                                                        *Signature of Clerk or Deputy Clerk*